```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-19-10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

IN RE: BANK OF AMERICA CORP.
SECURITIES, DERIVATIVE, AND
EMPLOYEE RETIREMENT INCOME
SECURITY ACT (ERISA) LITIGATION

Master File No. 09 MD 2058 (PKC)

ADDENDUM ORDER
REGARDING THE
CONFIDENTIALITY OF
DOCUMENTS AND
INFORMATION

------------------------------------------------------------x

THIS DOCUMENT RELATES TO:

ALL ACTIONS

------------------------------------------------------------x

P. KEVIN CASTEL, District Judge:

      This Addendum Order is an integral part of the Stipulation and Order Governing the Production and Exchange of Confidential Material, entered on January 20, 2010 (MDL Docket No. 160), (the "Stipulation") and the rider to that Stipulation and Order, entered on January 29, 2010 (MDL Docket No. 173), (the "Rider"). Notwithstanding any other provision in the Stipulation or the Rider, or any agreement between the parties thereto, no document may be filed under seal with the Clerk of the Court without a further Order of this Court entered upon an application addressed to the specific document or documents sought to be sealed. Such application shall be accompanied by affidavit(s) or declaration(s) and a memorandum of law, demonstrating that the standards for sealing have been met. See Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 119-20 (2d Cir. 2006).

      Without further application to the Court, a party may make the redactions authorized by Rule 5.2(a), Fed. R. Civ. P., subject to the limitations and procedures set forth in other subdivisions of that Rule.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
May 19, 2010